Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1108
Facsimile:  (213) 894-1301
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


Daniel K. Klingenberger, Esq. (SBN 131134)
Micah K. Nilsson, Esq. (SBN 250919)
DOWLING AARON INCORPORATED
5080 California Avenue, Suite 200
Bakersfield, CA 93309
Telephone:  (661) 716-3000
Facsimile:  (661) 716-3005
Attorneys for Defendant
BRAUN EELCTRIC COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BRAUN ELECTRIC COMPANY, AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No.:  1:12-CV-01592 LJO JLT <br><br> **STIPULATION TO EXTEND MID DISCOVERY STATUS CONFERENCE** |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC"), and Defendant BRAUN ELECTRIC COMPANY ("Braun"), by and through their undersigned counsel, stipulate pursuant to Rule 16 and 26 of the Federal Rules of Civil Procedure as follows:

1. <u>Good Cause to Extend Mid Discovery Status Conference</u>

-1-

EEOC and Braun have engaged in good faith efforts to further discovery in this case, including the exchange of initial disclosures and engaging in written discovery. In the course of this case, several discovery disputes have emerged and the parties have dutifully engaged in the meet and confer process. The parties previously participated in a telephonic conference call with the Court on May 6, 2013. In the time since the conference call, the parties have continued with efforts to resolve the remaining discovery disputes. As such, the parties respectfully requests that the mid discovery status conference be extended so the parties can attempt to informally resolve the remaining discovery disputes.

2. <u>Stipulation to Extend Mid Discovery Status Conference</u>

The parties hereby stipulate that the Scheduling Order be amended to reflect the following new deadlines:

    a. Mid Discovery Status Conference shall be continued to June 3, 2013.

    b. The accompanying Joint Mid-Discovery Status Conference Report shall be submitted on or before May 28, 2013.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date: May 14, 2013    By:    /s/ *Rumduol Vuong*
    Rumduol Vuong
    Attorney for Plaintiff U.S. EEOC

Date: May 14, 2013    By:    /s/ *Micah Nilsson*
    Micah Nilsson
    Attorneys for Defendant Braun Electric Company

**ORDER**

For good cause shown, the stipulation to extend the Mid Discovery Status Conference is hereby approved and the new deadlines as set forth in the Scheduling Order shall be amended as follows:

1. The mid discovery status conference is continued to **June 11, 2013** at 8:30 a.m. Appearances via CourtCall are authorized.

2. A joint Mid Discovery Status Conference Report shall be submitted to CMECF and to chambers via jltorders@caed.uscourts.gov on or before May 30, 2013.

No other modifications to the scheduling order are authorized.

IT IS SO ORDERED.

Dated:   **May 14, 2013**                                 **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE