Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1108
Facsimile:  (213) 894-1301
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Daniel K. Klingenberger, Esq. (SBN 131134)
Micah K. Nilsson, Esq. (SBN 250919)
DOWLING AARON INCORPORATED
5080 California Avenue, Suite 200
Bakersfield, CA 93309
Telephone:  (661) 716-3000
Facsimile:  (661) 716-3005
Attorneys for Defendant
BRAUN EELCTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> v. <br><br> BRAUN ELECTRIC COMPANY, AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No.:  1:12-CV-01592 LJO SMS <br><br> **JOINT MID-DISCOVERY STATUS CONFERENCE REPORT** <br><br> Date:    June 11, 2013 <br> Time:    8:30 a.m. <br> Courtroom: U.S. Courthouse, 510 19th Street, Bakersfield, CA <br><br> Hon. Jennifer L. Thurston <br> U.S. Magistrate Judge |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC"), and

Defendant BRAUN ELECTRIC COMPANY ("Braun"), by and through their undersigned

counsel, hereby submit the following Joint Report, pursuant to this Court's September 28, 2012

Order Setting Mandatory Scheduling Conference (ECF No. 3), and the May 14, 2013 Order rescheduling the conference date (ECF No. 13).

## DISCOVERY STATUS

A.  Plaintiff EEOC

Plaintiff EEOC and Defendant Braun Electric conducted a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure on January 15, 2013.  Subsequent to the Rule 26(f) conference, Plaintiff propounded on Defendant Braun Electric four sets for production of documents consisting of fifty-four requests for production of documents and two sets of interrogatories consisting of seventeen interrogatories.  Pursuant to Rule 26, the EEOC has also served upon Defendant its initial disclosures and supplemented its initial disclosures.  Plaintiff EEOC has also served a third party subpoena on Aera Energy LLC., requesting documents relating to sexual harassment complaints about Dave Robertson and an employee list of those who came into contact with Dave Robertson.

Plaintiff EEOC has served amended notices for the depositions of Brenda Wood, Thomas Horan, and Dave Robertson.  Plaintiff EEOC anticipates that it will further depose several additional witnesses, including but not limited to Ernest White, Tony Mejia, Dave Reed, and Isaac Nunez, before the November 11, 2013 discovery deadline.  Plaintiff EEOC additionally anticipates that it will depose a witness pursuant to Rule 30(b)(6).  While EEOC does not currently anticipate that it will exceed the limitation of 10 depositions and 25 interrogatories set by the Initial Scheduling Order (Docket No. 7), the EEOC will promptly seek the Court's assistance in such a circumstance.

Plaintiff EEOC anticipates that it will designate expert witnesses by the expert disclosure deadline of October 21, 2013.

B.  Defendant Braun Electric

Defendant Braun Electric has provided Plaintiff EEOC with initial and supplemental disclosures under Rule 26.  Defendant Braun Electric has propounded on Plaintiff EEOC one set of interrogatories (totaling nine interrogatories) and one set of requests for production (totaling 78 requests). In addition, pursuant to a noticed deposition, Defendant Braun Electric began the deposition of Party at Interest Samara Schmidt on May 10, 2013.  Ms. Schmidt's deposition was

1  continued by mutual agreement, and the date to conclude Ms. Schmidt's deposition has not yet
2  been set.  Defendant Braun Electric expects to depose Crystal Lewis, Misty Hunt, Amy Peters,
3  Lisa Arnold, Debra Rios, and possibly other individuals in accordance with the Initial
4  Scheduling Order (Docket No. 7).
5       Defendant Braun Electric will designate expert witnesses, if any, by the expert disclosure
6  date, and will designate supplemental expert witnesses by the appropriate date if necessary.
7       C.   Matters at Issue Between the Parties
8       Several discovery disputes have arisen in the course of discovery and EEOC and Braun
9  have dutifully engaged in the meet and confer process, including participating in a telephonic
10 conference call with the Court.  In the time since the conference call, the parties have continued
11 with efforts to resolve the discovery disputes.  However, several discovery disputes remain,
12 including the production of a privilege log and the production of ownership information.
13       Currently, the EEOC anticipates that it will file a motion to compel the following items:
14       • The production of an adequate privilege log
15            o The EEOC maintains that the amended privilege log produced by
16              Defendant lacks adequate information for the EEOC to ascertain whether
17              the documents are privileged
18            o Braun Electric maintains that the amended privilege log is adequate and
19              has further indicated that it will consider further amending the privilege
20              log to cure any defects that the EEOC believes exist, however, the EEOC
21              has not responded as of this date;
22       • The production of documents regarding Braun's ownership interest
23            o The EEOC maintains that such documents are necessary to ascertain
24              whether the pleadings need to be amended to include additional
25              defendants
26            o Braun Electric maintains that the request is unclear, that it believes no
27              responsive documents exist, and to the extent responsive documents exist
28              they would be irrelevant and premature;

- Compel a third party (Aera) to produce documents concerning complaints of harassment by Dave Robertson among other information.

Braun Electric is reviewing whether it should file a motion with regards to the objectionable third party subpoena, and accompanying request for production of documents served on Aera Energy LLC. Otherwise, Defendant Braun Electric has no outstanding discovery issues that the Court need address at this time.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: May 30, 2013         By:   /s/ *Rumduol Vuong*
                                 Rumduol Vuong
                                 Attorney for Plaintiff U.S. EEOC

Date: May 30, 2013         By:   /s/ *Micah Nilsson*
                                 Micah Nilsson
                                 Attorneys for Defendant Braun Electric Company