UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>  vs.<br><br>BRAUN ELECTRIC COMPANY,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 12-1592 LJO JLT<br><br>**ORDER TO RESET SETTLEMENT CONFERENCE**<br>(Doc. 7)<br><br><br>**Date: July 23, 2013**<br>**Time: 10 a.m.**<br>**Dept.: 1 (8th Floor)** |

    At the parties' request, this Court SETS a settlement conference for July 23, 2013 at 10 a.m. before U.S. Magistrate Judge Sandra M. Snyder in Courtroom No. 1 (8th Floor) of the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA. This Court VACATES the July 19, 2013 settlement conference set before U.S. Magistrate Judge Thurston. The January

1

24, 2013 Scheduling Conference Order shall otherwise remain in effect, in particular, page 11, line 9 to page 13, line 13 addressing settlement conference requirements.

IT IS SO ORDERED.

Dated:   **June 20, 2013**                            **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE