**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAUN ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01592 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT THE STAY AND EXTENDING DISCOVERY DEADLINES<br><br>(Docs. 26, 27) |

　　　　On October 7, 2013, the Court granted Plaintiff's motion to stay the action pending the restoration of funding to the Equal Employment Opportunity Commission. (Doc. 25). On October 23, 2013, Plaintiff filed a status report informing the Court that Congress has restored funding to the EEOC, and seeking to lift the stay. (Doc. 26).

　　　　In addition, the parties filed a stipulation to extend the discovery deadlines on October 23, 2013. (Doc. 27). The parties explained "that as a result the government shutdown, there will be additional delay in conducting the remaining discovery." *Id.* at 1-2. According to the parties, due to other commitments and the government shutdown, "it has proven difficult to hold the necessary depositions and conduct necessary discovery prior to the end of the discovery deadline contained in the original scheduling order." *Id.*

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　　Plaintiff's motion to lift the stay is **GRANTED**;

　　　　2.　　The stay entered by the Court on October 7, 2013 is **LIFTED**;

1

3. The Scheduling Order is **AMENDED** to reflect the following deadlines:

    a. Expert disclosure and reports shall be completed by **November 27, 2013**;

    b. Rebuttal expert designation and report shall be completed by **December 27, 2013**;

    c. Expert discovery shall be completed on or before **January 20, 2014**;

    d. Non-expert discovery shall be completed no later than **December 20, 2013**;

    e. Non-dispositive motions shall be filed no later than **January 3, 2014**; and

    f. Dispositive motions shall be filed no later than **January 24, 2014**.

IT IS SO ORDERED.

Dated: **October 29, 2013**     **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE