UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRAUN ELECTRIC COMPANY,<br><br>                    Defendant. | Case No.: 1:12-cv-01592 - JLT<br><br>ORDER GRANTING IN PART STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 30) |

On October 7, 2013, the Court granted Plaintiff's motion to stay the action as a result of the shutdown of the federal government and the inability of the Equal Employment Opportunity Commission to operate pending restoration of funding. (Doc. 25). On October 29, 2013, the Court lifted the stay after being informed that Congress has restored funding to the EEOC. (Doc. 26).

Now before the Court, is the stipulation to extend deadlines for expert discovery due to the interruption of these efforts caused by the stay. Though the Court extended certain case deadlines at the time it lifted the stay, for various reasons, including the need for Plaintiff's counsel to be away from the office for two weeks to care for a relative, additional time is needed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Scheduling Order is **AMENDED** to reflect the following deadlines:

    a. Expert disclosure and reports shall be completed by **December 30, 2013**;

    b. Rebuttal expert designation and report shall be completed by **January 17, 2014**;

    c. Expert discovery shall be completed on or before **January 31, 2014**;

1

        d.   Dispositive motions shall be filed no later than **February 7, 2014** and heard no later than **March 24, 2014**;

        e.   The pretrial conference is continued to **May 14, 2014** at 8:30 a.m.;

        f.   The trial is continued to **July 8, 2014** at 8:30 a.m.

**<u>No further modifications of the scheduling order will be entertained absent a showing of exceptional good cause.</u>**

IT IS SO ORDERED.

   Dated:   **November 15, 2013**                **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE