1  Daniel K. Klingenberger, Esq. (SBN 131134)
   Micah K. Nilsson, Esq. (SBN 250919)
2  DOWLING AARON INCORPORATED
   5080 California Avenue, Suite 200
3  Bakersfield, California 93309
   Telephone: (661) 716-3000
4  Facsimile: (661) 716-3005
   dkk@dowlingaaron.com
5  mnilsson@dowlingaaron.com

6  Attorneys for Defendant
   BRAUN ELECTRIC COMPANY

7

8

9                    UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11                              (FRESNO DIVISION)

12

13

| 14 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 1:12-CV-01592-LJO-JLT |
|---|---|---|
| 15 | | ORDER GRANTING IN PART STIPULATION TO EXTEND DISCOVERY DEADLINES |
| 16 | Plaintiffs, | |
| 17 | vs. | (Doc. 31) |
| 18 | BRAUN ELECTRIC COMPANY, and DOES 1-10, Inclusive, | |
| 19 | Defendants. | |

20                                    **ORDER**

21         For good cause shown, the stipulation to extend discovery deadlines is hereby IN

22  PART and the new deadlines for discovery as set forth in the Scheduling Order shall be amended

23  as follows:

24         a.   Rebuttal expert designation and report is due on January 30, 2013

25         b.   Expert discovery shall be completed on or before February 7, 2014.

26  ///

27  ///

28  ///

1 | **No other modifications to the scheduling order are authorized.**

3 | IT IS SO ORDERED.

4 | Dated:   **January 17, 2014**           **/s/ Jennifer L. Thurston**
5 |                                           UNITED STATES MAGISTRATE JUDGE