Anna Y. Park, CA SBN 164242
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Daniel K. Klingenberger
Micah K. Nilsson
DOWLING AARON INCORPORATED
5080 California Avenue, Suite 200
Bakersfield, CA 93309
Telephone: (661) 716-3000
Facsimile: (661) 716-3005
dkk@dowlingaaron.com
mnilsson@dowlingaaron.com
Attorney for Defendant BRAUN ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRAUN ELECTRIC COMPANY, and Does 1-10 Inclusive,<br><br>　　　　　Defendants. | Case No.: 1:12-CV-1592 LJO JLT<br><br>**STIPULATION TO EXTEND DEADLINE TO PROVIDE JOINT PROTECTIVE ORDER; ORDER**<br><br>**(Doc. 46)** |

　　　　Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Braun Electric Company ("Defendant"), through their respective

-1-

1  counsel of record herein, hereby respectfully request a continuance of the Court's ordered
2  deadline to submit a joint proposed protective order.
3      On January 3, 2014, the EEOC had sought a motion to compel Defendant's production of
4  financial records.  The Court granted the EEOC's motion on January 24, 2014 and directed the
5  parties to file a joint proposed protective order addressing the confidentiality of financial records
6  at issue.  (Docket No. 45).  The proposed protective order is due February 3, 2014.
7      On January 30, 2014, Defendant's counsel provided the EEOC with an initial draft of the
8  proposed protective order.

### A. Good Cause to Extend Deadline for Submission of Proposed Protective Order

Due to the other demands of this and other cases, the parties respectfully request an extension of twelve days for the parties to submit a proposed protective order.  A draft of the proposed protective order was received by the EEOC on Thursday, January 30, 2014.  The parties currently have two depositions scheduled for Monday, February 3, 2014 and are preparing for summary judgment motions to be filed on or before February 7, 2014.

### B. Stipulation to Extend Deadlines

The parties stipulate and respectfully request that the deadline for the parties to submit a joint proposed protective order be extended to February 12, 2014.

Respectfully submitted,

Dated: February 3, 2014            /s/ Rumduol Vuong
                                   RUMDUOL VUONG,
                                   Trial Attorney
                                   U.S. EQUAL EMPLOYMENT
                                   OPPORTUNITY COMMISSION


Date: February 3, 2014             /s/ Micah Nilsson
                                   DOWLING AARON
                                   Daniel Klingenberger
                                   Micah Nilsson
                                   Attorneys for Braun

**ORDER**

For good cause shown, the stipulation to extend deadlines for submitting protective order is granted. The parties shall submit a joint proposed protective order addressing the confidentiality of financial records at issue on or by February 12, 2014.

IT IS SO ORDERED.

Dated:   **February 3, 2014**                         **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE