1  Daniel K. Klingenberger, Esq. (SBN 131134)
   Stephanie Hamilton Borchers (SBN 192172)
2  Micah K. Nilsson, Esq. (SBN 250919)
   DOWLING AARON INCORPORATED
3  5080 California Avenue, Suite 200
   Bakersfield, California 93309
4  Telephone: (661) 716-3000
   Facsimile: (661) 716-3005
5  dkk@dowlingaaron.com
   sborchers@dowlingaaron.com
6  mnilsson@dowlingaaron.com

7  Attorneys for Defendant
   BRAUN ELECTRIC COMPANY
8

9

10                     UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12                              (FRESNO DIVISION)

13

| 14 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 1:12-cv-01592-LJO-JLT |
|----|---|---|
| 15 | | **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| 16 | Plaintiffs, | |
| 17 | vs. | |
| 18 | BRAUN ELECTRIC COMPANY, and DOES 1-10, Inclusive, | Date:      March 18, 2014<br>Time:      8:30 a.m.<br>Courtroom: 4 |
| 19 | Defendants. | Trial Date: July 8, 2014 |

20

21  **TO EACH PARTY AND HIS/HER/ITS COUNSEL OF RECORD:**

22         YOU ARE HEREBY NOTIFIED THAT on March 18, 2014, at 8:30 a.m. in

23  Courtroom 4 of the above-entitled court, located at 2500 Tulare Street, Fresno, California,

24  Defendant BRAUN ELECTRIC COMPANY ("Defendant") will move, and hereby does so

25  move, this Court for summary judgment or, in the alternative, summary adjudication in its favor

26  and against Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

27  ("Plaintiff") on the Complaint, or one or more of the claimants' claims subsequently seeking

28  relief by the Plaintiff, filed in the above-captioned action.

The Motion will be made pursuant to Federal Rule of Civil Procedure, Rule 56 on the grounds that the pleadings, depositions, declarations and evidence introduced therein show there is no genuine dispute of material fact and that Defendant is entitled to judgment as a matter of law because: (1) the claim for relief pled against Defendant is subject to a complete affirmative defense, and (2) not all claimants were identified in the investigator process or subject to the conciliation process, and therefore Plaintiff has failed to satisfy a condition precedent to maintaining a civil suit with respect to one of the claimants.

In the alternative, Defendant moves for summary adjudication of the following issues: (1) the claim for relief pled against Defendant is subject to a complete affirmative defense, or (2) not all claimants were identified in the investigator process or subject to the conciliation process, and therefore Plaintiff has failed to satisfy a condition precedent to maintaining a civil suit with respect to one of the claimants.

The Motion will be based on this Notice, the accompanying Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts and the Declaration of Brenda Wood, Stephanie Hamilton Borchers, Micah Nilsson and the evidence contained therein, and any further evidence and/or argument the Court will receive at or before the hearing on the Motion.

Dated:    February 7, 2014            DOWLING AARON INCORPORATED


                                      By: /s/ Stephanie Hamilton Borchers
                                          DANIEL K. KLINGENBERGER
                                          STEPHANIE HAMILTON BORCHERS
                                          MICAH K. NILSSON
                                          Attorneys for Defendant
                                          BRAUN ELECTRIC COMPANY

81019-004\01421192.DOC.