UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRAUN ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01592 LJO JLT<br><br>ORDER AFTER INFORMAL CONFERENCE RE: DISCOVERY DISPUTE<br><br>(Doc. 48) |

At the request of counsel, on February 12, 2014, the Court held an informal conference regarding counsels' disagreement as to the propriety of certain questions posed to deponent, Deborah Reilly, and which counsel for Defendant refused to allow her to answer. Counsel were able to compromise as to the issues and, therefore, the Court **ORDERS**:

　　1.　　No later than **February 21, 2014**, Defendant SHALL provide to Plaintiff a copy of Ms. Reilly's report, exclusive of the non-substantive information, which is highlighted to reflect the material Ms. Reilly added after the report was provided to her by counsel;

　　2.　　No later than **February 21, 2014**, Defendant SHALL provide to Plaintiff an answer to the question, "Is it your testimony that the report that's in Exhibit 1, that that was something that you dictated to Mr. Nilsson and then he typed?"

///

///

1

In addition, the Court **ORDERS**:

1. The joint proposed protective order regarding the financial documents ordered to be produced by Defendant (Doc. 45 at 9) SHALL be filed no later than **February 18, 2014**.

IT IS SO ORDERED.

Dated: **February 13, 2014**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE