Anna Y. Park, CA SBN 164242
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Daniel K. Klingenberger, CA SBN 131134
Micah K. Nilsson, CA SBN 250919
DOWLING AARON INCORPORATED
5080 California Avenue, Suite 200
Bakersfield, CA 93309
Telephone: (661) 716-3000
Facsimile: (661) 716-3005
dkk@dowlingaaroon.com
mnilsson@dowlingaaron.com
Attorneys for Defendant BRAUN ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRAUN ELECTRIC COMPANY, and Does 1-10 Inclusive,<br><br>　　　　Defendants. | Case No.: 1:12-CV-1592 LJO JLT<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER AS MODIFIED BY THE COURT**<br>**(Doc. 56)** |

　　　　Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Braun Electric Company ("Defendant"), through their respective counsel of record herein, hereby submit the following joint proposed protective order.

1.   Scope of Confidential Documents

For the purposes of this protective order, "CONFIDENTIAL DOCUMENTS" are documents produced by Defendant in response to EEOC Request No. 61, which reveal Defendant's financial information, including but not limited to: (1) Balance sheets for the years 2010 through the present; (2) Statements of income for 2010 to the present; and (3) Statement of cash flow 2010 to the present.

2.   Use of Confidential Documents

a.   The parties agree that CONFIDENTIAL DOCUMENTS containing shall only be used for a purpose related to the prosecution and/or defense of the litigation of this action. The only individuals entitled to review such documents produced shall be the parties, counsel for the parties, and members of counsel's staff; any consultants retained by any party's counsel; and any experts retained by any party's counsel.

b.   To the extent that CONFIDENTIAL DOCUMENTS are used in connection with pleadings or motions filed with the Court, then such CONFIDENTIAL DOCUMENTS shall be redacted from the pleadings/motions or submitted in accordance with Fed. R. Civ. P. 5.2. **Any request to file CONFIDENTIAL DOCUMENTS under seal must comply with Local Rule 141.**

3.   The parties enter into this stipulated Protective Order without prejudice to any party's right to object to the disclosure of any CONFIDENTIAL DOCUMENTS on any ground that it may deem appropriate, and any party or non-party may, upon motion, seek relief from, or modification of this Protective Order on a showing of good cause.

4.   This protective order shall not limit a party's ability to seek the introduction of CONFIDENTIAL DOCUMENTS into evidence at trial in the instant action.

5.   Counsel of Record who has received CONFIDENTIAL DOCUMENTS pursuant to this Stipulation shall maintain such CONFIDENTIAL DOCUMENTS in a secure and safe area and shall exercise due and proper care with respect to the storage, custody and use of all CONFIDENTIAL DOCUMENTS, so as to prevent the unauthorized or inadvertent disclosure of any of it.

6. Upon the final disposition of this action, including any appeals, the EEOC shall dispose of documents according to protocols held by the Federal Government. Nothing in this Order shall be construed to interfere with the EEOC's obligation under the National Archives and Records Administration.

7. All parties to this Protective Order have had an opportunity to participate in drafting this Order.

6. Nothing in this Order should be construed to prohibit the EEOC from disclosing CONFIDENTIAL DOCUMENTS if required by Congress or other governmental entities or to interfere with EEOC's statutory law enforcement and investigative activities.

Respectfully submitted,

Dated: February 19, 2014        /s/ Rumduol Vuong
RUMDUOL VUONG,
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


Date: February 19, 2014        /s/ Micah Nilsson
DOWLING AARON
Daniel Klingenberger
Micah Nilsson
Attorneys for Braun Electric Company

## II.

## ORDER

Based upon the stipulation of the parties, the Court GRANTS the stipulated protective order, as modified above in paragraph 2(b).

IT IS SO ORDERED.

Dated:   **February 19, 2014**                    **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE