UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRAUN ELECTRIC COMPANY,<br><br>Defendant.<br>_____/ | CASE NO. CV F 12-1592 LJO JLT<br><br>**ORDER TO VACATE HEARING WITH MOTION WITHDRAWAL**<br>(Docs. 49, 61.) |

On February 7, 2014, plaintiff Equal Employment Opportunity Commission ("EEOC") filed its summary judgment motion (doc. 49) and set a March 20, 2014 hearing. On March 6, 2014, EEOC filed its papers (doc. 61) to withdraw its summary judgment motion. As such, this Court:

1. VACATES the March 20, 2014 hearing on EEOC's summary judgment motion and ORDERS no party to appear on that date; and

2. DIRECTS the clerk to term EEOC's summary judgment motion (doc. 49).

This Court will take no further action on EEOC's summary judgment motion (doc. 49).

IT IS SO ORDERED.

Dated:   **March 7, 2014**                         **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28