Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
Attorneys for Plaintiff U.S. EEOC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br>     v.<br><br>BRAUN ELECTRIC COMPANY, AND DOES 1-10, INCLUSIVE,<br><br>            Defendant(s). | Case No.: 1:12-CV-01592 LJO JLT<br><br>**JOINT STIPULATION TO EXTEND PRETRIAL AND TRIAL DATES;**<br><br>**ORDER** |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendants Braun Electric Company ("Defendant"), through their respective counsel of record, hereby stipulate pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure as follows:

**1. <u>Good Cause to Extend Discovery Deadlines</u>**

Pursuant to the Local Rules, the parties have engaged in good faith settlement discussions and believe that a mediation conference may produce a settlement in this matter. As part of the settlement efforts, the parties, including representatives from Braun Electric and the Regional Attorney for the EEOC, have agreed to attend an in person mediation to attempt to resolve this matter prior to trial. Due to scheduling conflicts, the earliest date for all parties to attend the

1  mediation is June 5, 2014.  The parties believe that an extension of the pretrial and trial dates will
2  allow the parties to devote their resources and attention to a successful settlement of this matter.

**2. <u>Stipulation to Extend Discovery Deadlines</u>**

The parties stipulate that the Scheduling Order be amended to reflect the following new deadlines:

    a.  Pretrial conference is continued to August 12, 2014 at 8:30 a.m.

    b.  Trial is continued to October 7, 2014 at 8:30 a.m.

IT IS SO STIPULATED.

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date:  April 28, 2014          By:     /s/ *Rumie Vuong*
                                                 Rumie Vuong
                                                 Attorney for Plaintiff U.S. EEOC

DOWLING AAROND INCORPORATED

Date:  April 28, 2014          By:     /s/ *Micah Nilsson*
                                                 Micah Nilsson
                                                 Attorney for Defendant Braun Electric
                                                 Company

## **ORDER**

For good cause shown, the stipulation to extend the pretrial conference and trial dates is granted. The pretrial conference shall be continued to August 12, 2014 at 8:30 a.m. The trial shall be continued to October 7, 2014 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **April 28, 2014**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE