# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiffs,<br><br>       v.<br><br>BRAUN ELECTRIC COMPANY,<br><br>                    Defendant. | Case No.: 1:12-cv-01592 LJO JLT<br><br>ORDER GRANTING STIPULATION TO SET A SETTLEMENT CONFERENCE<br><br>(Doc. 72) |

Before the Court is the stipulation of counsel requesting the Court set a settlement conference. Good cause appearing, the Court ORDERS;

1. A scheduling conference will be set on **June 27, 2014** at 9:30 a.m. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference. Consideration of settlement is a serious matter that requires preparation prior to the settlement conference. Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference.

    a. **No later than June 4, 2014**, Plaintiff **SHALL** submit to Defendant via fax or e-mail, a written itemization of damages and a meaningful[1] settlement demand which includes a

---

[1] "Meaningful" means that the offer is reasonably calculated to settle the case on terms acceptable to the offering party. "Meaningful" does not include an offer which the offering party knows will not be acceptable to the other party. If,

1

brief explanation of why such a settlement is appropriate. If Plaintiff is seeking a consent decree, the terms of the proposed consent decree SHALL be set forward in the demand;

    b. **No later than June 16, 2014**, Defendant **SHALL** respond, via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer and which includes a brief explanation of why such a settlement is appropriate;

    c. If settlement is not achieved, each party **SHALL** attach to the Confidential Settlement Conference Statement a copy of the party's settlement offer;

    d. At least five court days before the Settlement Conference, the parties shall submit, directly to Judge Thurston's chambers by e-mail to JLTorders@caed.uscourts.gov, a Confidential Settlement Conference Statement. The statement should not be filed with the Clerk of the Court nor served on any other party, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon. The Confidential Settlement Conference Statement shall include the following:

        i. A brief statement of the facts of the case;

        ii. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;

        iii. A summary of the proceedings to date;

        iv. An estimate of the cost and time to be expended for further discovery, pretrial and trial;

        v. The relief sought;

///

///

///

---

however, the offering party is only willing to offer a settlement which it knows the other party will not accept, this should trigger a recognition the case is not in a settlement posture and the parties should confer about continuing or vacating the settlement conference via stipulation.

     vi. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated: **May 23, 2014**      **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE