Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301

Attorneys for Plaintiff U.S. EEOC

Daniel K. Klingenberger
Micah K. Nilsson
DOWLING AARON INCORPORATED
5080 California Avenue, Suite 200
Bakersfield, CA 93309
Telephone: (661) 716-3000
Facsimile: (661) 716-3005
dkk@dowlingaaroon.com
mnilsson@dowlingaaron.com

Attorney for Defendant BRAUN ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BRAUN ELECTRIC COMPANY, AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendant(s). | Case No.: 1:12-CV-01592 LJO JLT<br><br>**JOINT STIPULATION FOR SETTLEMENT CONFERENCE** |

/ / /

/ / /

/ / /

1  Pursuant to the Court's Order (Docket No. 76), Plaintiff United States Equal Employment
2  Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Braun Electric Company
3  ("Defendant"), through their respective counsel of record, hereby stipulate:
4  Settlement conference shall be conducted on July 9, 2014 at 1:30 p.m.
5  IT IS SO STIPULATED.

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date: July 1, 2014          By:     /s/ *Rumie Vuong*
                                    Rumie Vuong
                                    Attorney for Plaintiff U.S. EEOC


DOWLING AAROND INCORPORATED

Date: July 1, 2014          By:     /s/ *Micah Milsson*
                                    Micah Nilsson
                                    Attorney for Defendant Braun Electric
                                    Company

## **ORDER**

Based upon the stipulation of counsel, the Court **ORDERS:**

1.   A further settlement conference is set on July 9, 2014 at 1:30 p.m.;

2.   All representatives of the EEOC and of Defendant, who must consent to the terms of the settlement or who must be consulted before any offer can be made or considered, **SHALL** appear in person.  **No telephonic appearances are permitted**.

3.   Counsel are encouraged to continue settlement discussions.  In the event these discussions prove fruitful, they SHALL file a notice of settlement immediately.

IT IS SO ORDERED.

Dated:   **July 1, 2014**                             **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE