# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>BRAUN ELECTRIC COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:12-cv-01592 LJO JLT<br><br>ORDER GRANTING REQUEST FOR 21-DAY EXTENSION OF TIME WITHIN WHICH TO FILE THE PROPOSED CONSENT DECREE<br><br>(Doc. 80) |

On July 9, 2014, the parties participated in a further settlement conference and were able to come to settlement terms. (Doc. 79) At the time, the Court ordered the parties to submit the proposed consent decree for consideration by the Court no later than September 12, 2014. Id. However, due to the press of other business, the parties have not yet been able to finalize the terms of the consent decree. (Doc. 80) Thus, good cause appearing, the Court **GRANTS** the request of the parties for a 21-day extension of time to file the proposed consent decree. (Doc. 80) **The parties SHALL file the propose consent decree no later than October 3, 2014.**

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated: **September 2, 2014**        /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE