Anna Y. Park, CA SBN 164242
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Daniel K. Klingenberger
Micah K. Nilsson
DOWLING AARON INCORPORATED
5080 California Avenue, Suite 200
Bakersfield, CA 93309
Telephone: (661) 716-3000
Facsimile: (661) 716-3005
dkk@dowlingaaron.com
mnilsson@dowlingaaron.com
Attorney for Defendant BRAUN ELECTRIC COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 1:12-CV-1592 LJO JLT |
| Plaintiff, | **SECOND STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED CONSENT DECREE; ORDER** |
| vs. | |
| BRAUN ELECTRIC COMPANY, and Does 1-10 Inclusive, | **(Doc. 83)** |
| Defendants. | |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Braun Electric Company ("Defendant"), through their respective

counsel of record herein, hereby respectfully request a continuance of the Court's ordered deadline to submit a proposed consent decree.

**A.** **Good Cause to Extend Deadline for Submission of Proposed Protective Order**

The parties have worked diligently to finalize the terms of the decree and have come to an agreement on the terms of the decree. However, the parties require an additional week to obtain the necessary signatures and authorizations. The parties anticipate that this will be the last and final request for additional time to resolve this matter.

**B.** **Stipulation to Extend Deadlines**

The parties stipulate and respectfully request that the deadline for the parties to submit a proposed consent decree be extended to October 10, 2014.


Respectfully submitted,

Dated: October 6, 2014                    _/s/ Rumduol Vuong_____
                                          RUMDUOL VUONG,
                                          Trial Attorney
                                          U.S. EQUAL EMPLOYMENT
                                          OPPORTUNITY COMMISSION


Date: October 6, 2014                     _/s/  Micah Nilsson_____
                                          DOWLING AARON
                                          Daniel Klingenberger
                                          Micah Nilsson
                                          Attorneys for Braun

## <u>ORDER</u>

For good cause shown, the stipulation to extend deadlines for submitting a proposed consent decree (Doc. 83) is **GRANTED**.  The parties shall submit a proposed consent decree on or by October 10, 2014.

**<u>No further extensions of time will be entertained absent a showing of exceptional good cause.</u>**

IT IS SO ORDERED.

Dated:   **October 6, 2014**                         _____ **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

-3-